**Opinion issued May 7, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00807-CV**

———————————

**DORIS OKOLI, Appellant**

**V.**

**ANTHONY OKOLI, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-49532**

---

## MEMORANDUM OPINION

Appellant, Doris Okoli, has filed a motion for voluntary dismissal of this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this

appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P.  42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.